UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

DAVID L. GIBSON, SR., and
TANES J. TAYLOR,

       Plaintiff,

EQUIFAX INFORMATION SERVICES LLC,

       Defendant(s).

Case No. 1:23-cv-01030
Hon. Hala Y. Jarbou

_____/

NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all matters herein have been compromised and resolved between the Plaintiffs and Defendant Equifax Information Services LLC, and the parties anticipate filing a Notice of Dismissal with Prejudice and proposed order no later than March 8, 2024 once this matter has been definitively resolved.

**RESPECTFULLY SUBMITTED,**

Date:  February 6, 2024

| | |
|---|---|
| /s/ *Nicholas A. Reyna* | /s/  *Jordan S. Bolton* |
| Nicholas A. Reyna (P68328) | Jordan S. Bolton |
| Attorney for Plaintiff | Taft Stettinius & Hollister LLP |
| 528 Bridge St NW, Ste 1A | 27777 Franklin Rd., Ste. 2500 |
| Grand Rapids, MI 49504 | Southfield, MI 48034 |
| (616) 235-4444 | (248) 727-1449 |
| Nickreyna7@hotmail.com | jbolton@taftlaw.com |
| | *Counsel for Equifax Information Services* |