UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID L. GIBSON, SR., et al.,

    Plaintiffs,

v.

EQUIFAX INFORMATION SERVICES LLC,

    Defendant.
_____/

Case No. 1:23-cv-1030

Hon. Hala Y. Jarbou

## ORDER OF DISMISSAL

The Court having reviewed the parties' stipulation for dismissal (ECF No. 18),

**IT IS ORDERED** that the parties' stipulation for dismissal (ECF No. 18) is **GRANTED**; this action is **DISMISSED** with prejudice and with no costs to be assessed to either party.

Dated: March 26, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE